IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE BERNSTEIN, an individual, MARLA UROFSKY on behalf of RHEA SCHWARTZ, an individual, on behalf of themselves and all others similarly situated, :<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE CORPORATION INTERNATIONAL and SCI PENNSYLVANIA FUNERAL SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION<br>No. 17-4960 |

## ORDER

This 14th day of January, 2020, for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF 47) is **GRANTED**.

    /s/ Gerald Austin McHugh
Gerald Austin McHugh
United States District Judge